**FILED,** Clerk of the Supreme Court, 17 Oct 2025, **091202**

**SUPREME COURT OF NEW JERSEY**
**M-124 September Term 2025**
**091202**

In the Matter of                    :

Mordechai Gross                 :

                                                    **O R D E R**

An Attorney at Law            :

(Attorney No. 016802009)    :


The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **Mordechai Gross** of **Lakewood**, who was admitted to the bar of this State in 2009;

And good cause appearing;

It is ORDERED that **Mordechai Gross** is temporarily suspended from the practice of law, effective immediately and until further order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of respondent's suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **Mordechai Gross** pursuant to Rule 1:21-6 shall be restrained from disbursement except on

1

FILED, Clerk of the Supreme Court, 17 Oct 2025, 091202

application to this Court for good cause shown, pending further order of this Court; and it is further

ORDERED that respondent comply with <u>Rule</u> 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 16th day of October, 2025.

**CLERK OF THE SUPREME COURT**