Law Offices of Mordy Gross
221 Pine St. ● Lakewood, NJ 08701
484.680.0768 ● mg@mordygross.com

October 24, 2025



Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Notification of Temporary Suspension — In the Matter of Mordechai Gross
Supreme Court of New Jersey Docket No. M-124-25 / 091202
Pursuant to R. 1:20-20(b)(11)
Case: Herman v. Bodek, Docket No. L-2319-25

Dear Judge/Clerk:

Please take notice that on October 16, 2025, the Supreme Court of New Jersey entered an Order temporarily suspending me, Mordechai Gross, from the practice of law in the State of New Jersey, effective immediately and until further Order of the Court. A copy of that Order is attached for the Court's reference.

Pursuant to R. 1:20-20(b)(11), I am required to notify the Assignment Judge or Clerk of the Court in each venue where I appear as attorney of record. Accordingly, please be advised of my temporary suspension and take any action deemed appropriate under the Rule.
My clients' names and places of residence appears in the attached list, in compliance with the rule.

Respectfully submitted

Mordechai Gross
Attorney No. 016802009 (N.J.)
221 Pine St,
Lakewood, NJ 08701
(484) 680-0768
mg@mordygross.com

CC: David C. Steinmetz, Esq.
Steinmetz LLC
211 Boulevard of the Americas, Suite 308
Lakewood, NJ 08701
(P) 732.666.9961
david@steinmetzlawllc.com
Attorney for Defendants

1

AARON HERMAN / CLEARCUT GLASS LLC, 946 Park Ave., Lakewood, NJ 08701.
AHARON STEFANSKY/ ALPHARD GROUP LLC, 1664 55th St., Brooklyn, NY 11204
AVROHOM MEISELS / LELOV INVESTMENTS LLC, 33 Bradhurst Ave., Lakewood NJ 08701
BENZION HALPERT/ HALPERT FAMILY HOLDING LLC, 123 Harvard St., Lakewood, NJ 08701.
ISRAEL SCHWARTZ CLEARCUT GLASS LLC, 1481 Pasadena St, Lakewood, NJ 08701.
MEYER GODINGER, 164 Rodney St., Brooklyn, NY 11211.
MORDECHAI BERNFELD/CLEARCUT GLASS LLC, 5 Shilo Road, Lakewood, NJ 08701
SHEA OSHER RABINOWITZ/ALPHARD GROUP LLC, BHY NY LLC, 107 Parkville Ave., Brooklyn NY 11230
ZELIG EISENBACH /Alphard Group LLC, 90 Hewes St Brooklyn, NY 11249
ELI EISENBACH /Alphard Group LLC, 40 Middleton St apt 5A, Brooklyn, NY 11206
ALPHARD GROUP LLC, 66 Chestnut Street, Suite 8, Yonkers, NY 10701.
BHY NY LLC, 1274 49th St., STE 601, Brooklyn, NY, 11219.
CLEARCUT GLASS LLC, 1758 Ridge Avenue Lakewood, NJ 08701.
HALPERT FAMILY HOLDINGS LLC, 123 Harvard Street, Lakewood, NJ 08701.
HOTEL LAKE CHARLES LLC, 164 Rodney St., Brooklyn, NY 11211.
LELOV INVESTMENTS LLC,33 Bradhurst Ave., Lakewood NJ 08701.
ZE ESTATES LLC, 90 Hewes Street, Brooklyn, NY 11249

FILED, Clerk of the Supreme Court, 17 Oct 2025, 091202

**SUPREME COURT OF NEW JERSEY**
**M-124 September Term 2025**
**091202**

In the Matter of                    :

Mordechai Gross                   :

                                    **O R D E R**

An Attorney at Law              :

(Attorney No. 016802009)    :

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **Mordechai Gross** of **Lakewood**, who was admitted to the bar of this State in 2009;

And good cause appearing;

It is ORDERED that **Mordechai Gross** is temporarily suspended from the practice of law, effective immediately and until further order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of respondent's suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **Mordechai Gross** pursuant to Rule 1:21-6 shall be restrained from disbursement except on

1

FILED, Clerk of the Supreme Court, 17 Oct 2025, 091202

application to this Court for good cause shown, pending further order of this Court; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 16th day of October, 2025.

Heather J Baker

**CLERK OF THE SUPREME COURT**

2

Law Offices of Mordy Gross
221 Pine St.   ●   Lakewood, NJ 08701
484.680.0768   ●   mg@mordygross.com

October 24, 2025

Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Notification of Temporary Suspension — In the Matter of Mordechai Gross
Supreme Court of New Jersey Docket No. M-124-25 / 091202
Pursuant to N.J. Court Rule 1:20-20(b)(9)

Dear Clerk:
Please take notice that on October 16, 2025, the Supreme Court of New Jersey entered an Order temporarily suspending me, Mordechai Gross, from the practice of law in the State of New Jersey, effective immediately and until further Order of the Court. A copy of that Order is attached for your reference.

This notice is provided pursuant to Rule 1:20-20(b)(9) of the New Jersey Court Rules, requiring a suspended attorney to notify all jurisdictions in which the attorney is admitted.

Accordingly, please update your records to reflect my temporary suspension from the practice of law in New Jersey as of October 16, 2025. I will promptly notify your office of any subsequent reinstatement.

Respectfully submitted,

Mordechai Gross
Attorney No. 016802009 (N.J.)
221 Pine St,
Lakewood, NJ 08701
(484) 680-0768
mg@mordygross.com

1

**FILED,** Clerk of the Supreme Court, 17 Oct 2025, **091202**

**SUPREME COURT OF NEW JERSEY**
**M-124 September Term 2025**
**091202**

In the Matter of                  :

Mordechai Gross                  :

                                    **O R D E R**

An Attorney at Law            :

(Attorney No. 016802009)    :

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **Mordechai Gross** of **Lakewood**, who was admitted to the bar of this State in 2009;

And good cause appearing;

It is ORDERED that **Mordechai Gross** is temporarily suspended from the practice of law, effective immediately and until further order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of respondent's suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **Mordechai Gross** pursuant to Rule 1:21-6 shall be restrained from disbursement except on

1

FILED, Clerk of the Supreme Court, 17 Oct 2025, **091202**

application to this Court for good cause shown, pending further order of this Court; and it is further

ORDERED that respondent comply with <u>Rule</u> 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.


WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 16th day of October, 2025.

*Heather J Baker*

**CLERK OF THE SUPREME COURT**

2

PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

 | **PRIORITY**®
**MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



 **Click-N-Ship®**

usps.com      9410 8301 0935 5008 8927 35 0104 0001 0000 7102
$14.35
US POSTAGE     U.S. POSTAGE PAID

10/24/2025
1 lb 0 oz        Mailed from 08701   877106216434525

**PRIORITY MAIL®**

Created 10/24/2025
Flat Rate Envelope

LAW OFFICES OF MORDY GROSS LLP
MORDY GROSS                                         RDC 03
221 PINE ST
LAKEWOOD NJ 08701-4832

SIGNATURE REQUIRED                      C014

UNITED STATES DISTRICT COURT, DISTRICT
CLERK OF THE COURT
50 WALNUT ST
NEWARK NJ 07102-3551

**USPS SIGNATURE TRACKING #**



9410 8301 0935 5008 6927 35

RECEIVED

OCT 31 2025

AT 8:30

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.