UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                    :

MORDECHAI GROSS                     :           8:25-cv-16709(RMB)

An Attorney-at-Law                  :       ORDER TO SHOW CAUSE &
                                            TEMPORARY SUSPENSION


This Court having received notice that public discipline,

consisting of disbarment, or temporary or permanent suspension,

has been imposed upon MORDECHAI GROSS, by the Supreme

Court of New Jersey or by another court of the United States

or the District of Columbia, or by a court of another state,

territory, commonwealth or possession of the United States,

effective 10/16/2025, for reason other than conviction of a
crime,

governed by L. Civ. R. 104.1(a),

And good cause appearing,

It is on this 30th day of _____October_____, 2025,

ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order

2023-01, that respondent show cause, in writing, on or before

Monday, 12/1/2025 why the imposition of identical, reciprocal

discipline by this Court would be unwarranted and the reasons

therefor.

Should the respondent desire to file a written response, he

or she must do so at least 10 days before the return date of the

Order to Show Cause ("OSC").  No oral argument will be held unless so ordered by the Court.

Upon the failure of the respondent to timely respond by the return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the respondent and shall change his/her bar membership record with this Court and deactivate his/her CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the respondent be disbarred or suspended by this Court through the imposition of reciprocal discipline, his or her reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

Hon. Renée Marie Bumb,
Chief U.S. District Judge