Mordy Gross
221 Pine St. ● Lakewood, NJ 08701
484.680.0768 ● mg@mordygross.com

November 24, 2025

**VIA ECF**
Hon. Renée Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey

Re:    In the Matter of Mordechai Gross
       Civil Action No. 8:25-cv-16709 (RMB)

Dear Judge Bumb,

I respectfully submit this letter in response to the Court's recent order in the above-captioned matter. I write to advise the Court that I continue to maintain all defenses available to me, and to provide relevant context regarding the ongoing state disciplinary proceedings that are the subject of this federal referral. I respectfully request that the Court allow me to file this letter, albeit late, since I was in mourning for the death of my mother who passed away on November 12, 2025, and only returned to the office today, November 24, 2025.

As reflected in the filings and correspondence of the New Jersey Office of Attorney Ethics ("OAE"), I have been fully cooperating with the OAE since its investigative communications beginning in April 2025 and throughout the expanded audit process extending back to 2018. I submitted a fulsome response to the OAE's deficiency notices and produced the requested documentation through my counsel. I further filed a verified response opposing the petition for temporary suspension and supplying all required records.  I can provide a copy of same under seal, if requested by the Court.

On October 16, 2025, the New Jersey Supreme Court entered an Order temporarily suspending me and directing compliance with R. 1:20-20. I have fully complied with that Order, including the filing of the required affidavit of compliance and the transfer or cessation of all active client matters.  Likewise, I can provide a copy of same under seal, if requested by the Court.

I also respectfully note that the period during which responses and supplemental submissions were due coincided with an extreme and unforeseen family medical crisis. By way of background and as outlined in a detailed timeline previously provided to the OAE, my mother suffered a catastrophic and rapidly progressive medical decline beginning in August 2025, ultimately passing away on November 12, 2025. Much of the OAE's recent deadlines fell while I was responsible for her care during repeated hospitalizations, intensive care treatment, and palliative management. Notwithstanding same, I continued to

1

cooperate to the fullest extent possible under those circumstances, and I continue to do so now.

Given (1) that the state disciplinary matter remains active and ongoing; (2) that it concerns the same operative facts; and (3) that I am complying with all state-ordered obligations, I respectfully request that this Court stay any action in this federal matter pending the outcome of the state proceedings. In the alternative, I request that the Court's handling of this matter be expressly conditioned upon and coordinated with the disposition of the pending state disciplinary process, so as to avoid conflicting determinations and to preserve judicial efficiency.

I thank the Court for its consideration and remain prepared to provide any additional information the Court may require.

Respectfully submitted,

Mordechai Gross
Respondent / Pro Se
(for purposes of this submission)